Brian S. Inamine (State Bar No. 117893)
   Brian.Inamine@leclairryan.com
Philip J. Bonoli (State Bar No. 188906)
   Philip.Bonoli@leclairryan.com
LeClairRyan, LLP
725 South Figueroa Street, Suite 350
Los Angeles, CA  90017-5455
Telephone:  (213) 488-0503
Telefax:  (213) 624-3755

Attorneys for Defendant
HD SUPPLY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS ROBINSON, an individual,<br><br>             Plaintiff,<br><br>      v.<br><br>HD SUPPLY, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No.:  2:12-CV-00604-GEB-AC<br><br>[PROPOSED] ORDER CONTINUING THE HEARING OF DEFENDANT HD SUPPLY, INC.'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF PLAINTIFF'S NON-RETAINED EXPERTS<br><br>DATE:  May 20, 2013<br>TIME:   9:00 A.M.<br>PLACE: Courtroom 10<br>           501 I Street, Sacramento, CA<br><br>TRIAL: February 25, 2014<br>DCO:    July 23, 2013 |

   Having considered the parties' Stipulation to Continue the Hearing of Defendant HD SUPPLY, INC.'S Motion in Limine to Exclude Testimony of Plaintiff's Non-Retained Experts, and good cause appearing therefore,

   IT IS HEREBY ORDERED that the Stipulation to Continue the Hearing of Defendant HD SUPPLY, INC.'S Motion in Limine to Exclude Testimony of Plaintiff's Non-Retained Experts is Granted and the hearing on HD SUPPLY, INC.'S Motion in Limine is continued to July 15, 2013, at 9:00 a.m. and the

1  opposition and reply dates be adjusted accordingly.

2  **Date:  5/3/2013**

    _____
4  GARLAND E. BURRELL, JR.
    Senior United States District Judge