Brian S. Inamine (State Bar No. 117893)
  Brian.Inamine@leclairryan.com
Philip J. Bonoli (State Bar No. 188906)
  Philip.Bonoli@leclairryan.com
LECLAIRRYAN, LLP
725 South Figueroa Street, Suite 350
Los Angeles, CA 90017-5455
Telephone: (213) 488-0503
Telefax: (213) 624-3755

Attorneys for Defendant
HD SUPPLY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS ROBINSON, an individual,<br><br>       Plaintiff,<br><br>  v.<br><br>HD SUPPLY, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>       Defendants. | **Case No.: 2:12-CV-00604-GEB-AC**<br><br>**ORDER CONTINUING THE HEARING OF DEFENDANT HD SUPPLY, INC.'S MOTION TO COMPEL DEPOSITIONS OF PLAINTIFF'S NON-RETAINED EXPERTS**<br><br>DATE:  June 19, 2013<br>TIME:  10:00 A.M.<br>PLACE: Courtroom 26<br>       501 I Street, Sacramento, CA<br><br>TRIAL: February 25, 2014<br>DCO:   July 23, 2013 |

   Having considered the parties' Stipulation to Continue the Hearing of Defendant HD SUPPLY, INC.'S Motion to Compel Depositions of Plaintiff's Non-Retained Experts, and good cause appearing therefore,

   IT IS HEREBY ORDERED that the Stipulation to Continue the Hearing of Defendant HD SUPPLY, INC.'S Motion to Compel Depositions of Plaintiff's Non-Retained Experts is Granted and, in light of the July 23, 2013 discovery cut-off date, the hearing on HD SUPPLY,

////

////

INC.'S Motion to Compel is continued to July 10, 2013 and the Joint Statement date be adjusted accordingly.

DATED: June 12, 2013

*allison claire*

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;robi0604.stip