Robert C. Bowman, Jr. (SBN: 232388)
Sean Gavin (SBN: 251124)
THE LAW OFFICE OF BOWMAN & ASSOCIATES
A Professional Corporation
3841 North Freeway Blvd., Suite 185
Sacramento, CA 95834
T: 916.923.2800
F: 916.923.2828
E: sgavin@bowmanandassoc.com

Attorneys for Plaintiff
KRIS ROBINSON

Brian S. Inamine (State Bar No. 117893)
  Brian.Inamine@leclairryan.com
Philip J. Bonoli (State Bar No. 188906)
  Philip.Bonoli@leclairryan.com
LECLAIRRYAN, LLP
725 South Figueroa Street, Suite 350
Los Angeles, CA  90017-5455
Telephone:  (213) 488-0503
Telefax:  (213) 624-3755

Attorneys for Defendant
HD SUPPLY, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| KRIS ROBINSON,<br><br>    Plaintiff,<br><br>  v.<br><br>HD SUPPLY, INC., a corporation,<br>and DOES 1 through 50, inclusive.<br><br>    Defendants. | Case No.:   2:12-CV-00604-GEB-CKD<br><br>**STIPULATED PLAN TO COMPLETE OUTSTANDING DISCOVERY**<br><br><br>Trial: February 25, 2014<br>Discovery Cutoff: July 23, 2013 |
|---|---|

     WHEREAS the Court's Status (Pretrial Scheduling) Order in this matter (Docket #17) provides that all discovery is to be completed by July 23, 2013; and

     WHEREAS on July 1, 2013, Plaintiff served on Defendant a Notice of Taking

1 Deposition Notice of Bruce Gagon, an employee of Defendant and a percipient witness in this
2 case; and

3       WHEREAS although Plaintiff's Deposition Notice scheduled the deposition for July 18,
4 2013 in Sacramento, California, Mr. Gagon currently resides in Washington State and is
5 unavailable for deposition until after August 1; and

6       WHEREAS Defendant wishes to depose an individual named Manuel "Randy" Jenkins,
7 who is a former employee of Defendant; and

8       WHEREAS the Parties have agreed on a plan to complete all outstanding discovery; and

9       WHEREAS the Parties wish to avoid wasteful pretrial activities, such as motions to
10 compel discovery, and believe that judicial economy is furthered and the burden on the Parties
11 and the Court are lessened by **STIPULATING AS FOLLOWS:**

12     1. Discovery shall remain open until August 30, 2013 for the purpose of completing the
13         deposition of Bruce Gagon.
14         a. Mr. Gagon's deposition will take place in Washington State, within 100
15            miles of his residence; and
16         b. Plaintiff will not request that Mr. Gagon produce documents at his deposition
17     2. Discovery shall remain open until August 30, 2013 for the purpose of completing
18         Mr. Jenkins' deposition.
19         a. Plaintiff does not have the ability to produce Mr. Jenkins for his deposition,
20            and will not by this stipulation be required to produce him.
21     3. Discovery shall remain open until August 30, 2013 for the purpose of completing the
22         deposition of Defendant's expert witness, Dr. Alan E. Brooker.

Respectfully Submitted,

THE LAW OFFICE OF BOWMAN & ASSOCIATES
A Professional Corporation

Dated: July 23, 2013        By: __/s/ Sean Gavin_____
                            Sean Gavin (SBN: 251124)
                            Attorney for Plaintiff, KRIS ROBINSON

DATED:  July 23, 2013       **LeClairRyan, LLP**


                            By: ___/s/ Brian Inamine_____
                                Brian S. Inamine
                                Philip J. Bonoli
                                Attorneys for Defendant
                                HD SUPPLY, INC.

**IT IS SO ORDERED**

**Date:  7/24/2013**

                            _____
                            GARLAND E. BURRELL, JR.
                            Senior United States District Judge