Robert C. Bowman, Jr. (SBN: 232388)
Sean Gavin (SBN: 251124)
THE LAW OFFICE OF BOWMAN & ASSOCIATES
A Professional Corporation
3841 North Freeway Blvd., Suite 185
Sacramento, CA 95834
T: 916.923.2800
F: 916.923.2828
E: sgavin@bowmanandassoc.com

Attorneys for Plaintiff
KRIS ROBINSON

Brian S. Inamine (State Bar No. 117893)
  Brian.Inamine@leclairryan.com
Philip J. Bonoli (State Bar No. 188906)
  Philip.Bonoli@leclairryan.com
LECLAIRRYAN, LLP
725 South Figueroa Street, Suite 350
Los Angeles, CA  90017-5455
Telephone:  (213) 488-0503
Telefax:  (213) 624-3755

Attorneys for Defendant
HD SUPPLY, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>HD SUPPLY, INC., a corporation, and DOES 1 through 50, inclusive.<br><br>    Defendants. | Case No.:  2:12-CV-00604-GEB-CKD<br><br>**STIPULATED PLAN TO COMPLETE OUTSTANDING DISCOVERY (DEPOSITION OF DEFENDANT'S EXPERT WITNESS, DR. ALAN E. BROOKER)**<br><br><br>Trial: February 25, 2014<br>Discovery Cutoff: July 23, 2013 |

1   WHEREAS the Court's Status (Pretrial Scheduling) Order in this matter (Docket #17)
2  provides that all discovery was to be completed by July 23, 2013; and
3   WHEREAS on July 23, 2013, the parties submitted a Stipulation and Proposed Order
4  requesting that, inter alia, "discovery shall remain open until August 30, 2013 for the purpose of
5  completing the deposition of Defendant's expert witness, Dr. Alan E. Brooker"; and
6   WHEREAS on August 13, 2013, Plaintiff sought available dates for Dr. Brooker's
7  deposition from Defendant; and
8   WHEREAS on August 14, 2013, Defense counsel responded, "I think the most
9  reasonable step is to wait for the District Judge's ruling on the defense appeal of the magistrate
10  judge's denial of the motion to compel mental examination.  If the District Judge rejects the
11  appeal, then the defense will revisit Dr. Brooker's use in this case. If the District Judge permits
12  a mental examination, then I would think you would want to depose Dr. Brooker after he
13  completes the examination. If needed, we can stipulate to an additional 30-day extension of the
14  discovery cutoff to allow for Dr. Brooker's deposition," and
15   WHEREAS on August 16, 2013, Plaintiff served on Defendant a Notice of Taking
16  Deposition Notice of Dr. Brooker, which is scheduled for August 30, 2013; and
17   WHEREAS Dr. Brooker's deposition is the only outstanding discovery currently
18  contemplated by either party, and the Parties have agreed on this plan to address the completion
19  of that deposition; and
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28

WHEREAS although this is the Parties' second request in this regard, they wish to avoid wasteful pretrial activities, such as motions to compel discovery, and believe that judicial economy is furthered and the burden on the Parties and the Court are lessened by

**STIPULATING AS FOLLOWS:**

1. Discovery shall remain open until September 30, 2013 for the purpose of completing the deposition of Defendant's expert witness, Dr. Alan E. Brooker.

Respectfully Submitted,

THE LAW OFFICE OF BOWMAN & ASSOCIATES
A Professional Corporation

Dated: August 29, 2013      By: __/s/ Sean Gavin_____
                            Sean Gavin (SBN: 251124)
                            Attorney for Plaintiff, KRIS ROBINSON

Dated:  August 29, 2013     **LeClairRyan, LLP**

                            By: __/s/ Brian Inamine_____
                                Brian S. Inamine
                                Philip J. Bonoli
                                Attorneys for Defendant
                                HD SUPPLY, INC.

**IT IS SO ORDERED**

Dated:  August 30, 2013

                            _____
                            GARLAND E. BURRELL, JR.
                            Senior United States District Judge